**Order entered September 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00302-CR**

**JEFFREY LEE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F19-45392-J**

**ORDER**

Before the Court is the September 1, 2020 request of court reporter Kimberly Xavier for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by September 8, 2020.

/s/    LANA MYERS
       JUSTICE